**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT C. JOHNSON and AMY S. JOHNSON, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | Case No.: 2:20-cv-00071 |
| v. | : : | Chief Judge Algenon L. Marbley |
| TIMOTHY O'BRIEN FULLER and UNITED FINANCIAL CASUALTY COMPANY, | : : : : : | Magistrate Judge Kimberly A. Jolson |
| Defendants. | | |

### PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER PERMITTING SERVICE BY PUBLICATION AND SECOND MOTION TO EXTEND TIME FOR SERVICE

Plaintiffs Robert C. Johnson and Amy S. Johnson, by counsel, respectfully move this Court to direct the Clerk of the Court to serve Defendant, Timothy O'Brien Fuller, by publication as provided under federal and Ohio state law. Plaintiffs further move pursuant to Rule 4(m) of the *Federal Rules of Civil Procedure* for an order extending time for service of the Summons and Complaint in this action on the Defendant, Timothy O'Brien Fuller, for an additional ninety (90) days. Good cause exists for Plaintiffs' failure to serve Defendant Fuller within the ninety (90) days after the Complaint was filed and the additional thirty-days pursuant to this Court's April 8, 2020 Order.  Alternatively, even in the absence of good cause, the Court should exercise its discretion to extend the time for service.

As stated in Plaintiffs' April 7, 2020 Motion To Extend Time for Service, a Request for Waiver of Service, together with a copy of the Complaint was sent to the last known address of Mr. Fuller.  When the Waiver was not returned nor acknowledged, service was thereafter unsuccessfully attempted at that address by regular mail, certified mail and by personal service

through Rod Troupe, a private detective.  *See*, Exhibits 1 and 2 to April 7, 2020 Motion.

After this Court granted a thirty (30) day extension to locate and serve Mr. Fuller, Mr. Troupe continued his efforts to locate and find Defendant Fuller in California.  *See* Exhibit 3 hereto for an affidavit setting forth Mr. Troupe's efforts in California.   Given the exhaustive efforts, Plaintiffs now move to allow service by publication.  In support of this motion, attached is the Affidavit of George M. Kontos, as required under Rule 4.4 of the Ohio Rules of Civil Procedure. *See* Exhibit 4 hereto.  In addition to these service attempts, Plaintiffs have also informed multiple representatives of Defendant Fuller's automobile insurance company, Nationwide, of this current action by way of regular mail, facsimile, email and orally, including providing a copy of the Complaint and rejected requests for acceptance of service and/or Mr. Fuller's correct address for service. *See* Exhibits 4 through 10 hereto.

WHEREFORE, for the reasons described in the accompanying memorandum of law, good cause exists for both the service by publication and an extension of time for service.  Plaintiffs have attached a proposed order for the Court's consideration.

Respectfully submitted,

 s/ *Michelle Marinacci*
Michelle Marinacci, Esquire
Ohio ID #87171
Gold, Khourey & Turak, L.C.
510 Tomlinson Ave.
Moundsville, WV 26041
(304) 845-9750
(304) 845-1286/facsimile
mlm@gkt.com

 s/*George M. Kontos*
George M. Kontos, Esquire (admitted *pro hac vice*)
Kontos Killion & Hassen
603 Stanwix Street
Two Gateway Center, Suite 1228

                                                                     Pittsburgh, PA 15222
                                                                     (412) 709-6162
                                                                     (412) 904-3820/facsimile
                                                                     gkontos@kontoslawgroup.com

Dated: May 4, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, I served the foregoing Plaintiffs' Motion For Entry Of An Order Permitting Service By Publication And Second Motion To Extend Time For Service via U.S. First Class mail to:

>Timothy O'Brien Fuller
>931 San Anselmo Ave.
>San Anselmo CA 94960

and by CM/ECF electronic filing to:

>Robert C. Buchbinder, Esq.
>Crabbe, Brown & James, LLP
>500 South Front Street
>Suite 1200
>Columbus, OH 43215
>Counsel for United Financial Casualty Company

>Respectfully submitted,
>
>GOLD, KHOUREY & TURAK, L.C
>
>s/Michelle Marinacci
>Michelle Marinacci, Esquire
>Ohio ID #87171
>Gold, Khourey & Turak, L.C.
>510 Tomlinson Ave.
>Moundsville, WV 26041
>(304) 845-9750
>(304) 845-1286/facsimile
>mlm@gkt.com