IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT C. JOHNSON and AMY S. JOHNSON, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | Case No.: 2:20-cv-00071 |
| v. | : : | Chief Judge Algenon L. Marbley |
| TIMOTHY O'BRIEN FULLER and UNITED FINANCIAL CASUALTY COMPANY, | : : : : | Magistrate Judge Kimberly A. Jolson |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS FOR SERVICE BY PUBLICATION AND TO EXTEND TIME FOR SERVICE**

This matter is before the Court on Plaintiffs' Motions for Service By Publication and to Extend Time for Service. For good cause shown, Plaintiffs' motion is GRANTED.

It is ORDERED that the following notice of this Order be published in *The Columbus Dispatch*, 62 E. Broad Street, Columbus, OH 43215, once a week for six (6) consecutive weeks ("Publication"):

**Public Notice**
**U.S. District Court**
**Southern District of Ohio**
**Eastern Division**
**2:20-CV-00071-ALM-KAJ**

Robert C. Johnson and Amy S. Johnson, Plaintiffs versus Timothy O'Brien Fuller, *et al.*, Defendants

**Timothy O'Brien Fuller,** whose last known residential address was 292 Lear Street, Columbus, Ohio 43206, is hereby notified that a complaint was filed in the U.S. District Court, Southern District of Ohio, Eastern Division, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43216 (case

number 2:20-CV-00071-ALM-KAJ), alleging that the negligent actions of Defendant Fuller caused a motor vehicle accident involving Plaintiff Robert C. Johnson.  Plaintiff Johnson has alleged that he was caused to suffer numerous physical and emotional injuries and damages as a direct and proximate result of the motor vehicle accident.  Plaintiffs allege that as a result of his actions, Defendant Fuller is liable for negligence as to Plaintiff Robert C. Johnson and loss of consortium as to Plaintiff Amy S. Johnson.  Plaintiffs pray for relief in the form of general damages, special damages, interest, court costs, and further legal and equitable relief as the Court deems just.

Defendant Fuller is further notified to answer said complaint within twenty-eight (28) days after the last day of publication.

It is **FURTHER ORDERED** that Defendant Fuller appear or plead to Plaintiffs' complaint within twenty-eight days after the last day of Publication.

It is **FURTHER ORDERED** that Plaintiffs are granted an additional ninety (90) days from today's date to serve Defendant fuller.  Accordingly, the deadline to serve Defendant Fuller is extended to _____, 2020.  Nothing in this order precludes Plaintiff from seeking an additional extension of time to served Defendant, if necessary.

**IT IS SO ORDERED.**

Date: _____, 2020    _____
                                  Judge