# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ROBERT C. JOHNSON, *et al.*, : | |
| : | Case No. 2:20-cv-71 |
| Plaintiffs, : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Kimberly A. Jolson |
| TIMOTHY O'BRIEN FULLER, *et al.*, : | |
| : | |
| Defendants. : | |

## OPINION & ORDER

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all claims of all parties asserted in this action, by virtue of any and all pleadings filed herein, and all potential claims of all parties that could have been asserted in this action, are hereby dismissed with prejudice. The costs are to be paid by Defendant Timothy O. Fuller. Notwithstanding this dismissal, this Court retains jurisdiction over this case for the purpose of enforcing the terms of settlement, including the resolution of any liens. This entry terminates the case.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** July 9, 2021